## 48111. CAMPBELL v. GEORGE et al.

EBERHARDT, Presiding Judge. There is no certificate for immediate review of this appeal from the trial court's denial of plaintiff's motion to add parties defendant, and accordingly the appeal must be dismissed. *White v. Wright,* 124 Ga. App. 151 (183 SE2d 90).

*Appeal dismissed. Pannell and Stolz, JJ., concur.*
ARGUED MAY 2, 1973 — DECIDED MAY 10, 1973.

*Margaret Hopkins, James R. Venable,* for appellant.
*Harris & Simmons, Robert B. Harris, Nancy Pat Phillips,* for appellees.